# Closing Statement

Page 1

| | |
|---|---|
| **FILE NUMBER:** | Star Coach |
| **NAME OF BUYER:** | Kenneth J. Krupp, Jr., individually (as to Membership Interest) |
| **Address of Buyer:** | BWS ALK LLC (as to Asset Purchase) |
| **NAME OF SELLER:** | JAL & JLL LLC, a Montana limited liability company (as to Asset Purchase) |
| **Address of Seller:** | Gregory Atkinson, individually, and Joel Labute, individually (as to Membership Interest) |
| **NAME OF LENDER:** | IncredibleBank |
| **Address of Lender:** | |
| **PROPERTY LOCATION:** | |
| **SETTLEMENT AGENT:** | N/A |
| **Place of Settlement:** | |
| **SETTLEMENT DATE:** | 8/17/22 |
| **DISBURSEMENT DATE:** | 8/17/22 |

| BUYER CHARGES: | Amount: |
|---|---:|
| Contract sales price | $3,705,000.00 |
| Personal property | $1,295,000.00 |
| SBA Guarantee Fee (IncredibleBank) | $106,484.38 |
| Wire Transfer Fee (IncredibleBank) | $30.00 |
| Tax Verification Fee (IncredibleBank) | $24.00 |
| Flood Hazard Life of Loan (IncredibleBank) | $23.00 |
| Site Visit Fee (IncredibleBank) | $230.00 |
| Credit Report Fee (IncredibleBank) | $100.00 |
| Business Valuation (IncredibleBank) | $6,200.00 |
| Appraisal Fee (IncredibleBank) | $69.25 |
| Tax Service Fee (Info Pro) (IncredibleBank) | $59.00 |
| UCC Fee (IncredibleBank) | $1,372.56 |
| Loan Packaging Fee (IncredibleBank) | $2,477.73 |
| Title Commitment Invoice (Chicago Title Company) | $250.00 |
| Lender's Attorney's Fees (FOGEL LAW GROUP) | $11,600.00 |
| Lender's Attorney's Costs (FOGEL LAW GROUP) | $337.00 |
| Mortgage Recording Fees & Costs (Fidelity National Title Insurance Company) | $137.00 |
| Vehicle Title Transfer + Lien Fees (Bennett Law Office P.C.) | $7,603.36 |
| Post-Closing Title Search Fee (Fidelity National Title Insurance Company) | $475.00 |
| Mobile Notary (x2) (White Glove Notary Network , LLC) | $450.00 |
| Working Capital to Star Coach Race Tours LLC (Star Coach Race Tours LLC) | $57,077.72 |
| **Total Charges:** | **$5,195,000.00** |

| BUYER CREDITS: | Amount: |
|---|---:|
| Principal amount of new loan(s) (IncredibleBank) | $3,875,000.00 |
| Borrower's Good Faith Deposit to Lender (BWS ALK LLC) | $6,500.00 |
| Borrower's Equity Injection Deposit (BWS ALK LLC) | $253,500.00 |
| Principal amt of mortgage held by seller | $130,000.00 |
| Seller Note IPA | $130,000.00 |
| Seller Note IPA 2 | $800,000.00 |
| **Total Credits:** | **$5,195,000.00** |

| | |
|---|---:|
| **Cash due from buyer:** | **$0.00** |

| SELLER CREDITS: | Amount: |
|---|---:|
| Contract sales price | $3,705,000.00 |

<span style="color:red">Ex I- Closing Statement</span>

DoubleTime®

# Closing Statement

Page 2

**FILE NUMBER:** Star Coach

| SELLER CREDITS: | Amount: |
|---|---|
| Personal property | $1,295,000.00 |
| **Total Credits:** | **$5,000,000.00** |

| SELLER CHARGES: | Amount: |
|---|---|
| Principal amt of mortgage held by seller | $130,000.00 |
| Seller Note IPA | $130,000.00 |
| Seller Note IPA 2 | $800,000.00 |
| Broker Commission to Quest M&A, Inc. (Quest M&A, Inc.) | $255,000.00 |
| JAL Payoff Acct # *6713319 6001 (8 day per diem) (M&T Bank) | $25,164.70 |
| Starcoach Payoff Acct # *6820650 6001 (8 day per diem) (M&T Bank) | $25,081.70 |
| Seller's Escrow Hold Back (Vehicle Title) (Bishop Dulaney Joyner & Abner) | $25,000.00 |
| **Total Charges:** | **$1,390,246.40** |

**Cash due to seller:** $3,609,753.60

## Buyer

THE UNDERSIGNED ACKNOWLEDGES RECEIPT OF A COPY OF THE FOREGOING SETTLEMENT STATEMENT, AGREES TO THE CORRECTNESS THEREOF, AND AUTHORIZES AND APPROVES THE DISBURSEMENTS SET FORTH.

_____
Kenneth J. Krupp, Jr.

BWS ALK LLC, a Montana limited liability company

By: _____
Kenneth J. Krupp, Jr., Manager

Borrower: Star Coach Race Tours LLC, a Maryland limited liability company

By: _____
Kenneth J. Krupp, Jr., Member

## Seller

THE UNDERSIGNED ACKNOWLEDGES RECEIPT OF A COPY OF THE FOREGOING SETTLEMENT STATEMENT, AGREES TO THE CORRECTNESS THEREOF, AND AUTHORIZES AND APPROVES THE DISBURSEMENTS SET FORTH.

_____
Gregory Atkinson

_____
Joel Labute

JAL & JLL LLC, a Montana limited liability company

By: _____
Joel Labute, Member

Ex I- Closing Statement