**Star Coach Race Tours, LLC/Ken Krupp**
**Joel Labute/JAL & JLL, LLC**
**Financial Agreement As of 8/17/23**

- Interest only on $800,000 seller note, $5,333.33/month – payable on 17th of each month via wire transfer.  Agreement signed 8/17/22 called for P&I to start on 9/17/23, JAL willing to defer principal another year, will be an 8 year amortization with first P&I payment beginning on 9/17/24
- Management fee of $50,000 per year, $4,166.67/month – payable on 17th of each month via wire transfer
- Base lease of $30,000/month for the 8 base lease buses – agreement signed on 8/17/22 was for $40,000/month, JAL willing to decrease amount to $30,000 for next 12 months to assist SCRT and BWS cash positions in the hope that SCRT and BWS will stockpile the $10,000/month rent reduction to improve credit profile and be able to buy additional buses from JAL.  Amounts will be paid in 3 large monthly transfers, consistent with prior months activity.
- Elective coach lease rate will continue at historic rates JAL has charged SCRT.  Amounts will be paid in 3 large monthly transfers, consistent with prior months activity.
- $5,000/month for repayment of the two $130,000 notes.  This fee will be paid in cash by the 17th of each month.  Interest from agreement was due at 6%.  Willing to forgive interest expense from 8/17/22 forward as long as payment is made in cash and on time each month.
- $5,000/month for the co-sign fee, this fee stays in place until the $800,000 note is paid in full.  This fee will be paid in cash by the 17th of each month.
- SCRT to establish new credit card processing account with APS by September 15, 2023.  This new account will release JAL and Joel Labute from all current liability from credit card processing account that was in place as of 8/17/22 and has been used since.
- SCRT to provide new corporate cards to each employee by 9/15/23 under the new American Express corporate card program.  Bank of America cards issued to employees will be used as backup cards from 8/17/23 until the buses are in the barn at 4010 Albritton Road, St Cloud, FL 34772 after the completion of the 2023 NASCAR season.
- Since 8/17/22 BWS has been using the Prevost account of JAL & JLL, LLC.  Ken Krupp and BWS will establish a Prevost credit account by 9/1/23.
- SCRT has a running balance due to JAL for rents due under the base and elective coach leases.  This balance will begin to be paid down in September 2023 at a rate of at least $5,000/month until current.  SCRT to remain current on monthly charges for September forward.
- SCRT will compensate Joel Labute at a daily rate of $350, not to exceed $1,600 for a week.  This compensation will be for driver, setup and at-track activation services.  This compensation will begin at the Daytona night race in August 2023 and be payable weekly via EFT to JAL account ending in 3137.
- SCRT will request and have GPS tracking devices shipped to 4010 Albritton road, St Cloud, Fl 34772 by 8/15/23.
- Joel Labute will continue to transition sales relationships for SCRT customers to Ken Krupp.  Ken's most effective way to earn the trust of long-standing customers will be the delivery of consistent high level service onsite.

Ex J- 1 Yr Modification

- Joel Labute will work more directly with Ken Krupp and less directly with SCRT employees, when time permits, so that Ken can see the whole operational picture and be able to continue his ability to manage more of the operations with less assistance.  In the event that timing of a client need prohibits this on the front end, Joel will communicate with Ken on how/when the issue was resolved.
- SCRT will provide a $12,000 total expense account for Joel Labute, his family and friends, that assist in the transportation and operation of SCRT during the NASCAR season.  This amount will be payable at $3,000/month from September to December 2023 on the 1st of each month.  In 2024 that amount will be payable at $1,000/month from January to December 2024 on the 1st of each month.  Should family members not be needed to drive or assist in operations of SCRT in 2024, no fee shall be due.
- SCRT will compensate Joel Labute for sales and marketing functions on a commission based compensation program.  This compensation will begin at the Daytona night race in August 2023 and be payable weekly via EFT to JAL account ending in 3137.  The rates will be as follows:
    - $250/consumer package to the following races: Daytona 500, Talladega Spring, Talladega Fall, Martinsville Spring, Martinsville Fall, New Hampshire, Homestead, Bristol Night, Darlington, Michigan, Pocono, Darlington Spring, Darlington Fall, All-Star race, Charlotte 600,  Rolex, Sebring, and Indycar events
    - $500/consumer package to the following races:  Dover, COTA, Vegas spring, Vegas Fall, Fontana, Phoenix Spring, Phoenix Fall, Indy, Sonoma, Kansas Spring, Kansas Fall, Richmond Spring, Richmond Fall, Watkins Glen, Charlotte Fall, Atlanta Spring, Atlanta Summer
    - $100/driver lot bus rental/event
    - $500/corporate business at full rate or new business at a new event at full rate
    - $250/corporate business at less than full rate



Ex J- 1 Yr Modification