**9:30**                                                    ..ıl LTE **89**

<   🗑   ✉   ⋯

## <mark>Demand Letter</mark> - Request for Payment - 7 Day Notice                    ☆

 Joel Labu...  Dec 12, 2023        🙂  ↩  ⋯
to Ken, avi, JAMES, mkr...  ⌄

Ken and Board,

Attached is the <mark>demand letter</mark> and schedule of due to/from as support of monies owed.
Please let me know if you have any questions.

•••

| Due to from 10.31.23.xlsx | Demand Letter - Lease Agreeme... |
|---|---|
|  Spreadsheet |  Doc |

Ex K- Demand Letter

# <u>DEMAND LETTER - MASTER LEASE AGREEMENT</u>

Whereas Star Coach Race Tours, LLC (Lessee) and JAL & JLL, LLC (Lessor) entered into a Master Lease Agreement (Agreement) on August 17, 2022.

Whereas Lessee was required under terms of the Agreement (Section 2 and Schedule A) to make lease payments on a monthly basis for the leased vehicles and the Lessee has continually not fully paid lease payments during 2023.

Whereas Lessor and Lessee agreed on September 4, 2023 that the then cumulative lease payments due, of approximately $100,000, would be paid down at a rate of $5,000/month and all future lease payments due each month would be paid currently in each month.

Whereas Lessee was required to keep leased vehicles in good operating condition (Section 3) and be responsible for all damage to lease vehicles.

Now, therefore, in consideration of the above mentioned facts, Lessor is issuing a Demand Letter, for all outstanding monies due, see attached schedule, for the following actions or inactions of the Lessee:

1. Lessee has not paid down $5,000/month since September 2023, as the cumulative amount due to Lessor for monthly lease payments has increased since the September 4, 2023 agreement.
2. Lessee has not remained current on monthly rental amounts due in October and November 2023.  Lessor has communicated these deficiencies to Lessee in email, text and orally.
3. Lessee has not kept the leased vehicles in normal operating condition during the year.  A list of significant outstanding repairs needed was furnished to the Lessee in writing, in person, in St. Charles, IL on November 20, 2023.  Lessee has billed third parties for damage to lease vehicles and has not completed the repairs to the lease vehicles.

Lessor, under the provisions allowed in the Agreement Section 8.b, is demanding full payment for the outstanding amounts due within the specified 7 day period outlined in the Agreement, or the lease will be terminated immediately.  The amount due is $209,935.97.  A schedule of 2023 due to/from activity is included as supporting documentation.

Lessor, under the provisions allowed in the Agreement Section 3.d, is requiring a written plan of repairs or Lessor will complete these repairs and bill Lessee as permitted.  This written plan of repairs should include vendors hired, parts ordered, and estimated completion dates of the repairs.


_____          _____

Lessee – Star Coach Race Tours, LLC                    Lessor – JAL & JLL, LLC

Ex K- Demand Letter

_____          _____

Printed Name and Title                          Printed Name and Title