## Lease Reinstatement Agreement

Whereas Star Coach Race Tours, LLC (Lessee) and JAL & JLL, LLC (Lessor) entered into a Master Lease Agreement (Agreement) on August 17, 2022.

Whereas Lessee was required under terms of the Agreement (Section 2 and Schedule A) to make lease payments on a monthly basis for the leased vehicles and the Lessee has continually not fully paid lease payments during 2023.

Whereas Lessor and Lessee agreed on September 4, 2023 that the then cumulative lease payments due, of approximately $100,000, would be paid down at a rate of $5,000/month and all future lease payments due each month would be paid currently in each month.

Whereas Lessee was required to keep leased vehicles in good operating condition (Section 3) and be responsible for all damage to lease vehicles.

Whereas a Demand Letter was issued by Lessor on December 12, 2023 that required Lessee to pay Lessor in full by December 19, 2023 and provide a repairs and maintenance schedule for outstanding repairs from the 2023 season.

Whereas actionable items required under the Demand Letter were not completed by December 19, 2023 and the Master Lease Agreement was immediately terminated.

Now, therefore, in consideration of the above-mentioned facts, Lessor will reinstate the Master Lease Agreement immediately upon completion of the following actionable items from the Lessee being completed:

- Lessee payment of $209,936 to Lessor account ending in 3137 to settle total amount due through December 19, 2023 by January 5, 2024
- Lessee payment of $35,000 to Lessor account ending in 3137 to settle first installment of January 2024 rental expense by January 5, 2024.
- Star Coach Race Tours, LLC payment of $5,000 to Joel Labute to settle "Bus Barn Rent" for January 2024. This payment shall be made by check to Joel Labute by January 5, 2024.
- Ken Krupp payment of $15,000 to Joel Labute to settle "Compensation Agreement", dated September 4, 2023, through December 31, 2023. The payment shall be made by check to Joel Labute by January 15, 2024.
- Letter of Intent to invest in Star Coach Race Tours, LLC by James Dudek for $125,000 is completed and furnished to Joel Labute by January 15, 2024.
- Letter of Intent to invest in Star Coach Race Tours, LLC by Avi Katz for $125,000 is completed and furnished to Joel Labute by January 5, 2024.

The reinstatement of the Master Lease Agreement is not effective until all the above points are completed in full.

Ex L- Lease Reinstatement Agt

The Master Lease Agreement will be subject to the following cancellation clauses, in addition to the rights currently contained in the Master Lease Agreement:

- Star Coach Race Tours, LLC is currently acquiring a $250,000 90-day loan from a preferred customer to mitigate accumulated cash flow shortages from the 2023 season. Any interest-only payments on this 90-day loan are subordinate to the Master Lease Agreement, Bus Barn Lease, and Compensation Agreement. No principal payments from operations or additional loans are permitted.
- Upon maturity of the 90-day loan, investment from James Dudek, Avi Katz, or an approved party of Joel Labute and the Star Coach Board, must retire the 90-day loan acquired by Star Coach Race Tours, LLC. Terms of this retirement in the form of investment or a loan with equity conversion provisions must be approved by Joel Labute.
- Star Coach Race Tours, LLC must acquire a $250,000 line of credit from Incredible Bank by January 15, 2024. Any interest-only payments on this line of credit are subordinate to the Master Lease Agreement, Bus Barn Lease, and Compensation Agreement. Principal payments to the line of credit are encouraged and must be approved by Joel Labute and Star Coach Board. The line of credit must be guaranteed by a Star Coach Race Tours, LLC board member.
- In the event that Incredible Bank does not provide a line of credit, the Star Coach Board will submit a plan for additional funding resources that must be approved by Joel Labute by January 15, 2024.
- Star Coach Race Tours, LLC must receive a payment deferral from Incredible Bank on its SBA loan until February 17, 2024.
- Repairs and maintenance, included but not limited to the list of items furnished to Ken Krupp and Star Coach Race Tours, LLC on November 20, 2023, shall be completed by Lessee by March 31, 2024.
- Day-to-day operations of Star Coach Race Tours, LLC will follow the plan submitted by Star Coach Race Tours, LLC to Joel Labute on December 29, 2023.
- Merchant Cash Advance repayments are subordinate to the Master Lease Agreement, Bus Barn Lease, and Compensation Agreement.
- Distributions and compensation to Ken Krupp from Star Coach Race Tours, LLC are subordinate to the Master Lease Agreement, Bus Barn Lease, and Compensation Agreement.
- Daily accounting functions will transition to James Dudek for all operations after December 31, 2023. Joel Labute will assist James Dudek with the transition.
- Star Coach Race Tours, LLC will transition its operating account from M&T Bank to Chase Bank. Joel Labute will be provided online access for all Star Coach Race Tours, LLC accounts. Joel Labute and Lessor are not responsible for late payments due under the lease agreement, for any reason. Late payments as defined in the Master Lease Agreement, of any amount, will trigger default provisions under the Master Lease Agreement.

Violations of any of the above required provisions shall result in immediate termination of the Master Lease Agreement at the election of the Lessor. Upon immediate termination of the Master Lease Agreement the restrictive covenants contained in Section 6.05 of the Interest Purchase agreement shall also be immediately waived and permanently terminated.

Ex L- Lease Reinstatement Agt

_____ 1/7/24
Ken Krupp, **Star Coach Race** Tours, LLC

_____ 1/7/24
Joel Labute, JAL & JLL, LLC

<div style="color:red">Ex L- Lease Reinstatement Agt</div>