IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOEL LABUTE and JAL & JLL, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>KENNETH KRUPP, STAR COACH RACE TOURS, LLC, and BWS ALK, LLC,<br><br>Defendants. | CV 24–38–M–DWM<br><br><br>ORDER |

On July 9, 2024, Plaintiffs were ordered to show cause why this case should not be dismissed. (*See* Doc. 2.) The July 23, 2024, date to do so has passed. Accordingly,

IT IS ORDERED that the above captioned matter is dismissed without prejudice.

DATED this 5 day of August, 2024.

_____
Donald W. Molloy, District Judge
United States District Court